960 A.2d 386

PATRICK BOSWORTH, PLAINTIFF–RESPONDENT,
v. ICAP SECURITIES USA LLC, ET AL.,
DEFENDANTS–MOVANTS.

October 3, 2008.

ORDERED that the motion for leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to reconsider the appeal on the merits.

960 A.2d 386

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER,
v. KARLTON L. BLACKMON, DEFENDANT–
RESPONDENT.

October 3, 2008.

This matter having come before the Court on a petition for certification from the judgment entered by an order filed on June 5, 2008, as follows:

The matter is remanded to the trial court for resentencing. If, at that resentencing, defendant's father wishes to speak on defendant's behalf, he should be permitted to do so[;]

And good cause appearing;

IT IS ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Appellate Division for a statement of reasons in respect of its order of June 5, 2008; and it is further

ORDERED that the Appellate Division may, in its discretion, refer the matter for formal briefing and reargument by the parties prior to the court's entry of a disposition pursuant to this Order.

Jurisdiction is not retained.